# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| CARL JOHNSON | CIVIL ACTION NO. 24-cv-1128 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SAMS EAST INC | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion to Remand (Record Document 11) is **DENIED**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 12th day of December, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE